LIBEL JN$^O$ WHITEHORN vs BRIG$^T$ JN$^O$ ANDERSON MAST$^{ER}$

The Court being opened. Being read, with the Claimants plea and Evidences etc John Whitehorn being Sworn.

Ques$^t$ Whether the Capt$^n$ or Merchant gave any assistance in taking the Goods on board.

A$^n$ No. They were gone to Jamaica before we began to take 'em on board.

Qu$^t$ Was you in any danger of your lives in bringing the Goods on board your Vessel.

A$^r$ Yes. in coming from the Wrack a squall came on and we were obliged to lighten the Boat to keep her from sinking.

Q$^t$ In what condition was the Wrack when you saw her.

A$^r$ The water was over her Deck, and the Brigantine Stove.

Q$^t$ Did you meet with any difficulty in taking the Goods out of the Vessel.

A$^r$ Yes.

Q$^t$ Did you apprehend y$^r$ Vessel was in any danger whilst you was there.

A$^r$ Yes. if the wind had Shifted we should have gone on Shoar.

Q$^t$ How long had the Brigantine been on Shoar.

A$^r$ Four or five Days.

Jn$^o$ Whitehorne Jun$^r$

After Sundry pleas on both sides by their Advocates the Judge gave an interlocutory Decree. Viz$^t$ And the Court was Adjourned untill monday the Ninth Instant. And opened accordingly And adjourned untill to morrow at Ten o Clock A. M. And opened, and adjourned untill further notice.

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport the 2nd day of October in the Twenty Third year of his Majestys Reign Anno Dom 1749